IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JOHNNY & MICHELLE GUE,                                    Plaintiffs,

v.                          Case No.: 16-cv-08316

COMENITY BANK,                                            Defendant.

## STIPULATION OF DISMISSAL

Come now Plaintiffs, by counsel, and Defendant, by counsel, and jointly stipulate that all issues and matters in controversy amongst the parties have been settled and resolved. Accordingly, the parties hereto request that this matter be dismissed, with prejudice.

Based upon the representations of counsel, it appearing to the Court that the controversies in this matter have been resolved, this matter is hereby dismissed, with prejudice. Nothing further remaining to be done in this matter, the Clerk is hereby directed to remove this matter from the Court's docket.

ENTER: this __3__ day of __Jan.__, 201__.

_____
HONORABLE ROBERT C. CHAMBERS, CHIEF JUDGE

PREPARED AND PRESENTED FOR ENTRY BY:

/s/ W. Blake Belcher, Esquire
West Virginia State Bar ID #12212
Brewster, Morhous, Cameron, Caruth,
	Moore, Kersey & Stafford, PLLC
418 Bland Street
Post Office Box 529
Bluefield, West Virginia 24701
(304) 324-0396
(304) 327-9178 *fax*
bbelcher@brewstermorhous.com
*Counsel for Defendant Comenity Bank*


SEEN AND AGREED BY:

Benjamin Sheridan
West Virginia State Bar ID # 11296
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, West Virginia 25526
(304) 562-7111
(304) 562-7115 fax
*Counsel for Plaintiffs*